IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LAYER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br>TRINITY HEALTH CORPORATION; MERCY HEALTH SYSTEM; and LOURDES HEALTH SYSTEM,<br>　　　　　　　　　Defendants. | :<br>:<br>:   2:18-cv-02358-TR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

John Layer ("Plaintiff") and Defendants Trinity Health Corporation, Mercy Health System of Southeastern Pennsylvania,[1] and Our Lady of Lourdes Health Care Services, Inc.[2] (collectively "Defendants") have settled this class/collective action lawsuit, which asserts claims under the Fair Labor Standards Act ("FLSA") and the Pennsylvania Minimum Wage Act ("PMWA"). The settlement requires Defendants to pay a total of $280,000.00. If approved, the settlement fund will be distributed as follows: (i) $173,500 will be paid to 78[3] class members; (ii) a $10,000 service award will be paid to Plaintiff; (iii) $70,000 in attorney's fees will be awarded to the law firm of Winebrake & Santillo, LLC ("class counsel"); and (iv) $26,500 in litigation expenses to class counsel.

---

[1] Mercy Health System of Southeastern Pennsylvania was incorrectly identified in the Complaint as "Mercy Health System."

[2] Our Lady of Lourdes Health Care Services, Inc. was incorrectly identified in the Complaint as "Lourdes Health System."

[3] Two employees timely excluded themselves from the lawsuit. See Doc. 48. As reflected in the attached Exhibit, see Doc. 49-1, per the terms of the settlement, the $173,500 has been adjusted *pro rata* accordingly among the 78 remaining class members.

In May 2019, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to 80 current and former employees of Defendants (including Plaintiff) covered by the settlement, and appointing the undersigned to serve as interim class counsel. See Doc. 47. None of these 80 individuals have objected to the settlement and only two (2) requested to be excluded. See Doc. 48.

Thus, this matter is ripe for "final approval." The Court has set a fairness hearing for October 23, 2019, and, in anticipation of the hearing, Plaintiff files this motion, which asks the Court to enter an order:

- Certifying, pursuant to Civil Rules 23(a) and 23(b)(3), a settlement class consisting of the 78 individuals listed in Exhibit A (Doc. 49-1);

- Approving, pursuant to Civil Rile 23(e)(2), the settlement of this action as "fair, reasonable, and adequate;"

- Approving class members' waiver of their FLSA claims;

- Approving the payment of a $10,000 service award to Plaintiff;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC to serve as class counsel;

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $70,000 to compensate class counsel for reasonable attorney's fees; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $26,500 in litigation expenses to class counsel.

The above relief is warranted based on, *inter alia*, the accompanying Class/Collective Action Settlement Agreement, the Declaration of Mark J. Gottesfeld, and Memorandum of Law.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date:  October 21, 2019

Respectfully,

/s/ Mark J. Gottesfeld
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Class Counsel*